# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **08MJ1820** |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. **08779298** |
| **Walter Abel Alvarez-Tirado** ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **06/26/08**

the Court entered the following order:

**✓** Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

**✓** Case Dismissed. **w/o prejudice**

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**Ruben B. Brooks**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk
V. Lee

Received _____
DUSM

Crim-9   (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY

